THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| RICARDO ALEXANDER HALL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action |
| | : | No. 3:11-cv-99 (CAR) |
| Sergeant GARY COOL and the OCONEE CO. SHERIFF'S OFFICE, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER ON RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 6] to dismiss Plaintiff's claims against Defendant OCONEE COUNTY SHERIFF'S OFFICE because it is not a legal entity subject to suit. Plaintiff has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of Plaintiff's Complaint, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's claims against Defendant OCONEE COUNTY SHERIFF'S OFFICE are hereby **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2). In accordance with the Order and Recommendation, Plaintiff's claims against Defendant GARY COOL shall go forward.

It is SO ORDERED this 14th day of September, 2011.

<u>S/   C. Ashley Royal</u>
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

SSH