## STATEMENT OF UNDISPUTED FACTS REQUIRED BY LOCAL RULE 56

1.

On July 18, 2011, defendant was a deputy sheriff for the Oconee County Sheriff's Office assigned to the Court Services Division (Exhibit B, Declaration of Gary Cool ("Cool declaration"), p. 1).

2.

Defendant Cool's responsibilities in that capacity included transporting detainees at the Oconee County Jail to and from court. (Id.)

3.

Ricardo Hall was a detainee in the Oconee County Jail who was scheduled to be in court on July 18, 2011. (Id., pp. 1-2).

4.

Defendant Cool Had never had direct contact with Ricardo Hall before July 18, 2011. (Id., p. 2).

5.

Defendant Cool arrived in the booking area of the jail at approximately 8:45 a.m. on July 18, 2011, and was handed a small plastic device by Sergeant Soto who did not provide Defendant Cool with any explanation about what it was. (Id.)

6.

Defendant Cool was not aware at the time that a shock restraint belt had been placed on Ricardo Hall. (Id.)

**7.**

Defendant Cool was not aware at the time that the small plastic device handed to him by Sergeant Soto activated the shock restraint belt. (Id.)

**8.**

Defendant Cool heard someone yelling from the holding cell area and turned to look at the holding cell and saw someone jumping around. (Id., p. 2).

**9.**

Defendant Cool did not deliberately activate the shock restraint belt on July 18, 2011, which Ricardo Hall was wearing underneath his clothing. (Id.)

**10.**

Defendant Cool had never received any training or instruction about the operation of the shock restraint belt before the morning of July 18, 2011. (Id.)