IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

**RICARDO ALEXANDER HALL,** :
:
        **Plaintiff,** :     NO. 3:11-CV-99 (CAR)
:
    **VS.** :
:
**GARY COOL,** :
:     Proceedings Under 42 U.S.C. §1983
        **Defendant.** :     Before the U.S. Magistrate Judge
_____:

### RECOMMENDATION TO DISMISS

Plaintiff Ricardo Alexander Hall has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Doc. 1. Plaintiff, however, has failed to diligently prosecute this action by failing to give notice to the Clerk of Court of his current address. Accordingly, it is **RECOMMENDED** that this action be **DISMISSED**.

On July 29, 2011, the Court issued an order providing instructions to the parties in the above-styled action. Doc. 6. In that order, the Court advised Plaintiff that he must diligently prosecute his action or face the possibility that it would be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The order also directed the parties to keep the Clerk of Court and all opposing parties advised of their current mailing address at all times, warning that failure to give prompt notice of any address change might result in dismissal of a party's pleadings.

Plaintiff has failed to keep the Clerk advised of his current address. On July 23, 2012, Plaintiff's copy of the Court's Recommendation entered on July 13, 2012 (Doc. 24) was returned as undeliverable (Doc. 25). On August 6, 2012, Plaintiff's copy of the Order to Show Cause

entered on July 24, 2012 (Doc. 27) was returned as undeliverable in an envelope marked "not in jail" (Doc. 29).

Because Plaintiff has failed to keep the Clerk advised of his current address, the Court has no other choice than to conclude that Plaintiff has abandoned his claims. Accordingly, **IT IS RECOMMENDED** that this action be **DISMISSED** with prejudice. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this recommendation with the district judge to whom this case is assigned, WITHIN FOURTEEN (14) DAYS after being served with a copy thereof.

Though it may prove to be an exercise in futility, the Clerk is directed to serve Plaintiff at the **LAST ADDRESS** provided by him.

**SO RECOMMENDED,** this 7th day of August, 2012.

s/ Charles H. Weigle_____
Charles H. Weigle
United States Magistrate Judge