```
              THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION
```

RICARDO ALEXANDER HALL,       )
                              )
    Plaintiff,                )
                              )
v.                            )  CIVIL ACTION NO.:3:11-CV-99-CAR
                              )
GARY COOL, et al.,            )
                              )
    Defendants.               )
_____)

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through their counsel of record, and hereby stipulate and agree, pursuant to Rule 41, Federal Rules of Civil Procedure, that this civil action shall be and is hereby dismissed with prejudice with each party to bear their own costs and attorney fees.

                              Respectfully submitted,

                              /s/Albert Wan
                              Albert Wan
                              Georgia Bar No.: 334224
                              Attorneys for Plaintiff

Albert Wan, Attorney at Law
400 Colony Square, Suite 200
1201 Peachtree Street
Atlanta, Georgia 30361
(404) 872-7760
(404) 872-7764 Fax
albert@albertwanlaw.com

- 2 -

                                          BEGNAUD & MARSHALL, LLP

                                          s/Andrew H. Marshall
                                          Andrew H. Marshall
                                          Georgia Bar No.: 471450
                                          Attorney for Defendants

1091-B Founder's Boulevard
Post Office Box 8085
Athens, Georgia 30603-8085
(706) 316-1150
(706) 316-1153 Fax
dmarshall@athens1867.com